**Roy Gene BANE, Respondent,**

v.

**Linda Sue BANE, Appellant.**

**No. WD 32849.**

Missouri Court of Appeals,
Western District.

Nov. 16, 1982.

William D. Farrar, Kirksville, for appellant.

R. M. Gifford, Green City, for respondent.

Before MANFORD, P.J., and WASSERSTROM and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from dissolution decree.

Affirmed. Rule 84.16(b).

**Glenn E. LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 32914.**

Missouri Court of Appeals,
Western District.

Nov. 16, 1982.

Gerald M. Handley, Court appointed Counsel, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Douglas Lind, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Rule 27.26 proceeding.

Judgment affirmed. Rule 84.16(b).